FILED US District Court-UT
SEP 15 '21 PM04:29

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
ANGELA JEAN CLIFFORD-SALISBURY, Assistant United States Attorney (#17485)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | Count I: 18 U.S.C. § 922(a)(6), False Statement During Purchase of a Firearm |
| vs. | |
| JEFFREY MICHAEL RYANS, | Case: 2:21-cr-00388<br>Assigned To : Stewart, Ted<br>Assign. Date : 9/15/2021 |
| Defendant. | |

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about August 17, 2020 in the District of Utah,

JEFFREY MICHAEL RYANS,

the defendant herein, in connection with the attempted acquisition of a firearm, to wit: a .40 caliber Iberia JCP semi-automatic pistol from Cash America Pawn of Salt Lake City, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; knowingly made a false and fictitious statement to Cash America Pawn of Salt

1

Lake City, which statement was intended and likely to deceive Cash America Pawn of Salt Lake City, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not subject to a court order restraining himself from harassing, stalking, or threatening an intimate partner, in question 11.h., on ATF Form 4473; all in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
Angela Jean Clifford-Salisbury
Assistant United States Attorney