12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Summons for Person Under Supervision

Name of Person: **Jeffrey Michael Ryans**               Docket Number:   **2:21CR00388-001**

Name of Sentencing Judicial Officer:       **Honorable Ted Stewart**
                                           **Senior U.S. District Judge**

Date of Original Sentence: **July 20, 2022**
Original Offense: **False Statement During Purchase of a Firearm**
Original Sentence: **6 Months Imprisonment with 4 Months Home Confinement / 36 Months Supervised Release**

Type of Supervision: **Supervised Release**           Supervision Began: **July 20, 2022**

### PETITIONING THE COURT

☒   To issue a summons

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about July 21, 2022, the person under supervision failed to comply with the requirements of the Location Monitoring Program by leaving his approved residence without authorization, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On August 1, 2022, the person under supervision submitted a urine sample, which tested positive for marijuana.

**Allegation No. 3:** On or about August 9, 2022, the person under supervision failed to comply with the requirements of the Location Monitoring Program by providing an address for approved travel authorization, which differed from the defendant's recorded GPS location data points.

**Allegation No. 4:** On or about August 25, 2022, the person under supervision failed to comply with the requirements of the Location Monitoring Program by providing an address for approved travel authorization, which differed from the defendant's recorded GPS location data points.

**Allegation No. 5:** On August 29, 2022, the person under supervision submitted a urine sample, which tested positive for marijuana.

**Allegation No. 6:** On or about September 26, 2022, the person under supervision failed to comply with the requirements of the Location Monitoring Program by providing an address for approved travel authorization, which differed from the defendant's recorded GPS location data points.

PROB 12C  
D/UT 12/17

Jeffrey Michael Ryans  
2:21CR00388-001

**Allegation No. 7:** On or about October 1, 2022, the person under supervision failed to comply with the requirements of the Location Monitoring Program by leaving his approved residence without authorization and providing an address for approval, which differed from the defendant's recorded GPS location data points.

Evidence in support of the above allegations are derived from records of the U.S. Probation Office, the BI location monitoring vendor, and review of the defendant's GPS location data points.

I declare under penalty of perjury that the foregoing is true and correct.

by Ashlyn Pezely  
U.S. Probation Officer  
October 6, 2022

**THE COURT ORDERS:**

☒ The issuance of a summons  
☐ The issuance of a warrant and tolling of the supervision time  
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
☐ No action  
☐ Other

Honorable Ted Stewart  
Senior United States District Judge

Date: October 6, 2022