AO 442

# United States District Court
for the
District of Utah

UNITED STATES OF AMERICA

v.

**Jeffrey Michael Ryans**

Case No: 2:21-cr-00388-TS

FILED
2022 NOV 3 PM 2:30
CLERK
U.S. DISTRICT COURT

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **JEFFREY MICHAEL RYANS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation(s) on Petition**

in violation of _____ United States Code.

Gary P. Serdar
Name of Issuing Officer

Signature of Issuing Officer: *Mozelle Hiatt*

By: MOZELLE HIATT
Deputy Clerk

Clerk of Court
Title of Issuing Officer

October 26, 2022 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-26-22 | Tyler Ketelaar / DUSM | *Tyl Ketelaar* |
| DATE OF ARREST | | |
| 10-27-22 | | |