Jeffery M Ryans
Name

12/25/83. D.O.B.

1528 w 3260 s 18D. SLC, Ut, 84119
Address

8 385-310-6982
Telephone

FILED US District Court-UT
MAR 15 '23 PM02:28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| United state of America<br>Plaintiff,<br><br>vs.<br><br>Jeffery M Ryans<br><br>Defendant(s). | MOTION to/for: Chang my Pobation Supervison<br><br>Case No: 2:21cr00388-TS-1<br><br>Judge: Ted Stuart or Any available Judge. |
|---|---|

I, Jeffery Ryans, representing myself without a lawyer, move to/for Discuss my Pobation and travel (funeral) under the following statute(s)/rule(s) (if known) — for the following reason(s): I had a major death in the family which was my uncle that took the place of my father at a very young age had a massive heart attack. Passed 3/12/23. His funeral is in okaland CA. 3/23/23 and will be back 3/25/23. He is extremly important to me. Also need to discuss my GPS. location mon. to a curfew status due to my

Job schedule and child care. I spoke with my probation officer and he is willing to represent me in this situation. Please get back to me as soon as possible or notify me to speak with anyone concerning this situation. Thank you.

DATED: 3/15/23

_____
Signature

## CERTIFICATE OF SERVICE

  I certify that on _____ a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to _____ at

_____ (Opposing party or counsel)

_____
(Address)

Dated: _____

_____
Signature