IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY MICHAEL RYANS,<br><br>　　　　　　Defendant. | ORDER FOR TRAVEL<br><br><br>Case No. 2:21-CR-388 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant's Motion to Travel and to change a condition of his supervised release.  Having considered the Motion, it is hereby

　　　　ORDERED that Defendant's Motion (Docket No. 76) is GRANTED in part and DENIED in part.

　　　　Defendant's request to travel is granted. Defendant is permitted travel to Oakland, CA, from March 23, 2023 to March 25, 2023, to attend his uncle's funeral.  Defendant is directed to immediately contact his supervising officer to coordinate his travel plans and provide the supervising officer with: the address of where he will be staying, the names of the people he will be staying with, his flight information, and any other information requested by the supervising officer.  Defendant is further directed to contact his supervising officer on the day before travel and the day after his return, at the latest.

　　　　Defendant's request to change his location monitoring GPS to curfew is denied without prejudice.

　　　　SO ORDERED.

DATED this 21st day of March, 2023.

BY THE COURT:

_____
Ted Stewart
United States District Judge