12C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

### Petition and Order to Amend Previous Petition for Person Under Supervision

Name of Person: **Jeffrey Michael Ryans**                    Docket Number: **2:21CR00388-001**
Name of Sentencing Judicial Officer:      **Honorable Ted Stewart**
                                          **Senior U.S. District Judge**

Date of Original Sentence: **July 20, 2022**
Original Offense:    **False Statement During Purchase of a Firearm**
Original Sentence:   **6 Months Imprisonment Plus 4 Months Home Confinement / 36 Months Supervised Release**

Date of Violation Sentence: **December 12, 2022**
Violation Sentence: **3 Months Imprisonment / 31 Months Supervised Release**

Type of Supervision: **Supervised Release**              Supervision Began: **January 13, 2023**

---

### PETITIONING THE COURT

☒   To amend the petition signed on April 13, 2023

Last known address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### CAUSE

*Allegations on April 13, 2023:*

**Allegation No. 1:** On February 12, 2023, the person under supervision failed to comply with the requirements of the Location Monitoring Program by leaving his approved residence without authorization, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On February 26, 2023, the person under supervision failed to comply with the requirements of the Location Monitoring Program by leaving his approved residence without authorization, as directed by his U.S. Probation Officer.

**Allegation No. 3:** On March 18, 2023, the person under supervision failed to comply with the requirements of the Location Monitoring by leaving his approved residence without authorization and not responding to location monitoring officer's phone calls and text messages.

**Allegation No. 4:** On March 18, 2023, the person under supervision frequented a business, to wit: Gracie's, where alcohol is the chief item of order.

**Allegation No. 5:** On April 7, 2023, the person under supervision failed to comply with the requirements of the Location Monitoring Program by providing an address for approved travel authorization, which differed from the defendant's recorded GPS location data points.

PROB 12C  
D/UT 03/19

Jeffrey Michael Ryans  
2:21CR00388-001

**Allegation No. 6:** On or about April 9, 2023, the person under supervision obstructed or attempted to obstruct or tamper with the efficiency and accuracy of prohibited substance testing, which is required as a condition of supervision.

**Allegation No. 7:** On or about April 13, 2023, the person under supervision obstructed or attempted to obstruct or tamper with the efficiency and accuracy of prohibited substance testing, which is required as a condition of supervision.

Evidence in support of the above allegations is derived from records of the U.S. Probation Office, the BI location monitoring vendor, and review of the defendant's GPS location data points.

*Additional allegations:*

**Allegation No. 8:** The person under supervision failed to refrain from the unlawful use of a controlled substance by submitting a urine sample on or about April 14, 2023, which tested positive for cannabinoids.

Evidence in support of the above allegations is derived from records of the U.S Probation Office and treatment vendor.

I declare under penalty of perjury that the foregoing is true and correct.

*(signed)* by Ashlyn Pezely  
U.S. Probation Officer  
April 13, 2023

---

**THE COURT ORDERS:**

- [X] That the original petition be amended to include all allegations outlined
- [ ] The issuance of a summons
- [ ] Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____
- [ ] No action
- [ ] Other

*(signed)*  
Honorable Ted Stewart  
Senior United States District Judge

Date: 4/24/2023